UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEKAYI R. WHITE,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | No.  2:21-cv-00118-DAD-DMC PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 22) |

Plaintiff Sekayi R. White is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action against defendants United States of America and Federal Deposit Insurance Corporation ("FDIC").  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 27, 2022, the assigned magistrate judge issued findings and recommendations, recommending that defendants' motion to dismiss be granted as to each of plaintiff's claims and that plaintiff's complaint be dismissed with prejudice due to lack of subject matter jurisdiction, lack of personal jurisdiction, and being time-barred by the statute of limitations.  (Doc. No. 22.)  The findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.* at 10.)  No objections have been filed, and the time to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 27, 2022 (Doc. No. 22) are adopted in full;
2. Defendants' motion to dismiss (Doc. No. 14) is granted;
3. This action is dismissed with prejudice; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 2, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE